JS-0004 | Office of the Attorney General
 

 
 
 
 
 
 
 

 
 
 
 
 Javascript must be enabled for the correct page display
 Skip to main content
 
 
 

 
 
 
 
 
 
 
 
 
 
 

 Español
 
 
 
 
 
 About
 
 
 
 News
 
 
 
 Opinions
 
 
 
 Careers
 
 
 
 Contact Us
 
 
 

 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Keywords
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 
 
 
 Child Support
 
 
 Child Support Interactive (CSI)
 
 
 
 
 Back to top of menu
 
 Child Support Interactive (CSI)
 
 Paying and Receiving Child Support
 
 
 About Child Support Interactive
 
 
 Agency Partners
 
 
 Child Support Enforcement
 
 
 Pro­grams and Initiatives
 
 
 Your Child Support And The Federal Stimulus Payment
 

 
 

 
 
 
 
 
 
 
 
 Crime Victims
 
 
 2019 Legislative Session Update for Victims and Service Providers
 
 
 
 
 Back to top of menu
 
 2019 Legislative Session Update for Victims and Service Providers
 
 Compensation Portal Updates
 
 
 Crime Victims' Compensation Portal
 
 
 Services for Crime Victims
 
 
 Crime Victims' Compensation Program
 
 
 Information for Crime Victim Advocates
 
 
 Service Providers
 

 
 

 
 
 
 
 
 
 
 
 Consumer Protection
 
 
 File a Consumer Complaint
 
 
 
 
 Back to top of menu
 
 File a Consumer Complaint
 
 Automotive Scams
 
 
 Common Scams
 
 
 Equifax
 
 
 Identity Theft
 
 
 Seniors and the Elderly
 

 
 

 
 
 
 
 
 
 
 
 Open Government
 
 
 2021 Legislative Session Open Government Update
 
 
 
 
 Back to top of menu
 
 2021 Legislative Session Open Government Update
 
 Governmental Bodies
 
 
 How to Request an Attorney General Opinion
 
 
 Members of the Public
 
 
 Open Meetings Act Suspension Updates
 
 
 Open Records Complaint
 
 
 Open Reports and Publications
 

 
 

 

 
 
 
 
 

 
 

 
 
 
 
 
 Job Listings
 
 
 All Divisions
 
 
 Opinions
 
 
 Initiatives
 
 
 Newsroom
 
 
 
 
 About
 
 
 Contact us 
 
 
 
 
 

 Español
 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Search Keywords
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 Breadcrumb
 
 
 
 
 
 
 Home
 
 
 Opinions
 
 
 John Scott Opinions
 
 
 JS-0004
 
 
 
 
 
 
 

 

 
 
 JS-0004
 John Scott
 
 Categories
 
Special Districts and Authorities
 , 
Water Control and Improvement Districts
 , 
State Boards, Commissions, Departments
 , 
Environmental Quality, Texas Commission on
 , 
Public Utility Commission
 , 
Statutory and Constitutional Construction
 , 
Intent
 , 
Rules of Construction
 , 
Water and Water Courses
 
 
 
 Summary
 Water Code subsection 12.013(a) authorizes the Public Utility Commission to fix reasonable rates for the furnishing of raw or treated water for any purpose under Water Code chapter 11 or 12. Water Code section 51.305 pertains to specific expenses a water control and improvement district may allocate to certain users. The two provisions do not conflict. Under the plain terms of subsection 51.305(d), when an authorized party disputes a water control and improvement district’s allocation assessments and other payments necessary to cover the maintenance and operating expenses of its water delivery system, a petition filed with the Texas Commission on Environmental Quality is the sole remedy. Otherwise, the matter is before the Public Utility Commission.

As this office does not resolve factual questions in attorney general opinions, we cannot determine the nature of the underlying dispute and thus cannot answer your question about which entity may have exclusive jurisdiction to hear it.
 
 
 Opinion File
 js-0004.pdf 

 
 
 
 
 
 

 
 Related Requests
 
 
 
 

 
 
 

 

 
 RQ-0478-KP

 
 
 September 06, 2022

 
 
 
 
 Request PDF
 RQ0478KP.pdf 

 
 
 
 

 
 

 
 

 

 
 

 
 

 
 Back to top

 
 
 Back to Top
 
 

 
 
 
 
 Asset 1
 
 
 
 
 
 
 Twitter
 Facebook
 
 
 
 PO Box 12548
Austin, TX 78711-2548
 
 

 
 

 
 
 
 
 
 
 
 Child Support
 
 
 Crime Victims
 
 
 Consumer Protection
 
 
 Open Government
 
 
 

 
 

 
 
 
 
 All Divisions
 Opinions
 Initiatives
 Human Resources
 Newsroom
 
 
 

 
 

 
 
 
 

 
 Where the Money Goes
 
 
 ADA Compliance
 
 
 Compact With Texans
 
 
 Cost Efficiency Saving Ideas
 
 
 Reporting Fraud
 
 
 State Agency Contracts
 
 
 TRAILS Search
 
 
 Texas Homeland Security
 
 
 Texas Veterans Portal
 
 
 Texas.gov
 
 
 Accessibility & Site Policies